# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00155-CV

**City of Bee Cave, Texas, Appellant**

**v.**

**AusPro Enterprises, L.P., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. D-1-GN-11-003892, HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a "Rule 11 Agreement" stating that they have agreed to an extension of deadlines in this appeal, as well as several other causes in the trial court, pending settlement discussions. We therefore abate this appeal and order the parties to file a status report or, if they have settled their dispute, a motion to dismiss the appeal no later than October 19, 2012.

_____

David Puryear, Justice

Before Justices Puryear, Pemberton and Henson

Abated

Filed: August 14, 2012